ANDERSON KILL P.C.
A New York Professional Corporation
One Gateway Center, Suite 1510
Newark, New Jersey 07102
T: 973-642-5858 / F: 973-621-6361

*Attorneys for Defendants Block 268, LLC, Hoboken Land, LP, Toll Brothers, Inc., and Apollo Real Estate Advisors, L.P.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY and THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK 268, LLC, HOBOKEN LAND, LP, TOLL BROTHERS, INC., APOLLO REAL ESTATE ADVISORS, L.P., GMAC INSTITUTIONAL ADVISORS, PAULUS, SOKOLOWSKI AND SARTOR, LLC, HUDSON TEA BUILDINGS CONDOMINIUM ASSOCIATION, INC., JOHN AND TANDI ALTOMORE, LISA BALDOWSKI, BG LEGACY R/E HOLDINGS, LLC, MIRIAM BRODY AND ISAAC KRAMNICK, WENDY CHAITIN, MICHAEL CHANG, FIONA CONNEL, PATRICK CROSETTO, JUDITH DANIELS, JOSEPH AND ANN D'ELIA, ANTHONY DICATALDO, DAN AND LLANA ESHEL, ASHLER FROELKE, DONNA GOLDMAN, ERIC AND CARL EDIGES, FRANK HEIDINGER, BARBARA JACKSON, GERALD KANE, JR., STACIA KARGMAN, JEANNE KIM, YURY AND RAACHEL KORSKY, LAURIE LARSON, STELLA LAVIN AND ALBERTO FORERO, CHAK AND MERCEDES LEE, KEITH LEE, VINCENT LEVEQUE, AND MALINA BAKSHI, GREGORY AND PATRICIA LOFTUS, MYDA LOPEZ AND HENDRICUS | Civil Action No. 2:13-cv-4711-SRC-CLW<br><br>Hon. Stanley R. Chesler, U.S.D.J. |

HELLEMONS, JASON AND ALYSSA LUND, THOMAS AND SHARON LYDON, LAURA AND MARC MAUCERI, BRENDAN MCNAMARA AND KAREN JAGATIC, VISHAL MEHTA AND BHAWANA MALHORTA, ROBERT AND ANN NICHOLSON, SCOTT AND MARIA OBLON, ANDREA PENN, JASON AND AMY PIELSON, JEFFREY AND ANDREA PIETRAGALLO, ERIC RICCIADI, ARTHUR ROTHSCHILD, URSULA SANJAMINO, STEPHEN SAVONS, ERIC AND AMY SCHMALZBAUER, FREDRICO SILVERA, LIGUO SONG AND LIN TANG, CANDICE STELLA AND JAN SKOVARD, STEPHEN SULLIVAN, MICHELLE TOTO, DANNY TSE AND YOUNG-EUN LEE, BROOKE TWYFORD, JOANNES AND MARIANNE VAN DOORN, SALVATORE VONA AND CHRISTINE AND CHIMEDI, REENA WALIA AND JOY PETERS, PHILLIP WASSERMAN, MARYBETH WELCH, KRETINA AND WILLIAM WRIGHT, EISHUN AND MUTSUMI YAMADA, CONG YU AND RONGLAI SHEN, PAIGE ZAZZALI, THOMAS ANDERSON, NICHOLAS ARNELI, KIM BEARDSLEY AND WENDY TAIT, FRANK AND TINA BERMAN, BRIAN BISOGNO, SUBHRO BOSE, LORRAINE AND MURRAE BOWDEN, MICHAEL AND DAMARIS CARACCIOLO, DAMIEN CARLINO, MAUREEN CARROLL, PERRY CHUDNEFF, DANIEL AND DAVID CRUZ, HAROLD AND CHRISTINE DAVIS, PAULANDRE DEEAGON, MARISA SANTORO DJORGE, ANDREW FELDMAN, TIFFANIE FISHER, EUGENIA FRANKENTHAL, NATHAN AND ZAREEN GAUDIO, TOBIN AND KELLY GAUN, SHERYL GOSKI, MICHAEL HENDERSON, JR., BARBARA JACKSON, BAETA JANECKA, DONALD AND JIAN KIMBALL, JOANNA AND DEAN KORDALIS, ALISON KRISTAK, JACKLYN LEBENTAL, WEI HONG LIU AND QING XUE, ANDREW LOTTMAN, ANA MACIEL AND MARIA

BATISTA, LAURA MASTROPASQUA, KRISTEN AND PETER OLNEY, MICHAEL ORLOV, ALEXANDER AND LISA PHILLIPS, WILLIAM POST, CYNTHIA QUINT, RICHARD RINARTZ AND RAINA FERRERI, TIMOTHY ROMANO, NICHOLAS AND KRISTEN ROSSI, ALEX RUBINO KAREN AND DAVID RUEF, ERIC SANDLER, ERIC AND MICHELLE SANDLER, KARA SANDLER, KARA SANDLER, AMIR AND KRISTEN SHECTER, ALISON SHIPITOFSKY, SUE ANN SIMPSON, WILLIAM AND JODIE SOVAK, MORGAN THOMAS STILES, ABIGAIL TROPER, DENNIS TYSBA, JOANNES AND MARIANNE VAN DOORN, NANCY VAZQUEZ, JOHN VELTRI, MARRYANN WALBURN, TIMOTHY AND ANN WALSH AND JOHN AND JANE DOES 1-500,

Defendants.

## NOTICE OF MOTION TO CONSOLIDATE

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 42(a) and Local Civil Rule 42.1, Defendants, Block 268, LLC, Hoboken Land, LP, Toll Brothers, Inc., and Apollo Real Estate Advisors, L.P. (collectively, "Toll") move to consolidate the above-captioned case with Block 268, LLC, et al. v. Travelers Indemnity Company, et al., Civil Action No. 2:13-cv-6569-SRC-CLW, which is also pending before this Court.[1]

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, Toll relies upon the accompanying Certification of Steven J. Pudell, Esq. and memorandum of law.

[1] Pursuant to Local Rule 42.1, Toll has filed this motion to consolidate in this case as it bears the earlier docket number.

| Dated: January 2, 2014 | /s/ Steven J. Pudell, Esq. |
|---|---|
| | Steven J. Pudell, Esq. (SP 0127)<br>ANDERSON KILL P.C.<br>A New York Professional Corporation<br>One Gateway Center, Suite 1510<br>Newark, NJ 07102<br>T: 973-642-5858<br>F: 973-621-6361<br><br>*Attorneys for Defendants Block 268, LLC, Hoboken Land, LP, Toll Brothers, Inc., and Apollo Real Estate Advisors, L.P.* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served on counsel of record in Travelers Indemnity Company, et al. v. Block 268, LLC, et al., Civil Action No. 2:13-cv-4711-SRC-CLW, and in Block 268, LLC, et al. v. Travelers Indemnity Company, et al., Civil Action No. 2:13-cv-6569-SRC-CLW via the Court's electronic case filing system on January 2, 2014.

/s/ Steven J. Pudell
Steven J. Pudell