(SB6639)
Our File No.: 30750
BOROWSKY & BOROWSKY, LLC
Attorneys at Law
59 Avenue at the Common, Suites 101 & 102
Shrewsbury, New Jersey 07702
Tel.: (732) 212-9400 • Fax: (732) 212-9445
Attorneys for Plaintiffs

CL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ET AL. | Civil Action No.: 2:13-cv-04711-SRC-CLW |
| ***Plaintiffs,*** | Hon.: Stanley R. Chesler, U.S.D.J. |
| *vs.* | |
| BLOCK 268, LLC, ET AL. | STIPULATION OF DISMISSAL |
| ***Defendants.*** | |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against either party and with prejudice.

ANDERSON KILL, P.C.
Attorneys for Block 268, LLC;
Hoboken Land, LP, Toll Brothers, Inc.
and Apollo Real Estate Advisers, L.P.

/s/ Steven J. Pudell
STEVEN J. PUDELL (SP0127)

Dated: January 11, 2017

BOROWSKY & BOROWSKY, LLC
Attorneys for The Travelers Indemnity
Company and The Travelers Property
Casualty Company of America

/s/ Stuart M. Berger
STUART M. BERGER (SB6639)

Dated: January 11, 2017

LOWENSTEIN SANDLER, LLP
Attorneys for the Hudson Tea Buildings
Condominium Association, Inc.

/s/ Karim G. Kaspar
KARIM G. KASPAR (KK0227)

Dated: January 11, 2017

January 12th, 2017
So Ordered.

Stanley R. Chesler

Honorable Stanley R. Chesler,
United States District Court Judge